EMIL S. KIM, Nevada Bar # 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ekim@littler.com

LAURIE J. RUST, Colorado Bar # 38105
*(Pro Hac Vice Forthcoming)*
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202-5835
Telephone: 303.629.6200
Fax No.: 303.629/0200
Email: lrust@littler.com

Attorneys for Defendant
D WINNE HOTEL, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA WOFFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>D WINNE HOTEL, LLC., a Domestic Limited Liability Company; AND DOES 1- 50, and ROES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01194-RFB-EJY<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff JESSICA WOFFORD ("Plaintiff") and Defendant D WINNE HOTEL, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to continue the date of the Early Neutral Evaluation ("ENE") currently set for November 1, 2022.

　　　　The Parties submit this request for a continuance because Defendant's counsel has recently substituted in as counsel of record. Indeed, this Court issued the Order granting Defendant's Motion to Substitute Attorney on October 18, 2022. *See* [ECF No. 16]. Furthermore, the Parties are in discussions regarding potentially moving this matter into arbitration, although no agreement or

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89109.0920
702.862.8800

4880-5201-8235.1 / 116120-1003

representations have been made as to the arbitrability of this matter by Plaintiff. The Parties will therefore meet and confer and provide the Court with five (5) agreed upon dates to conduct the continued ENE by November 4, 2022.

This is the first request for a continuance of the ENE. This request is made in good faith and not for the purpose of delay.

Dated: October 25, 2022

Respectfully submitted,

*/s/ Caryn R. Schiffman*
DANIEL R. WATKINS, ESQ.
CARYN R. SCHIFFMAN, ESQ.
**WATKINS & LETOFSKY, LLP**

*Attorneys for Plaintiff*

Dated: October 25, 2022

Respectfully submitted,

*/s/ Emil S. Kim*
LAURIE J. RUST, ESQ.
(*pro hac vice forthcoming*)
EMIL S. KIM, ESQ.
**LITTLER MENDELSON, P.C.**

*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED. The ENE currently scheduled for November 1, 2022 is **VACATED**. The parties shall meet and confer and provide the Court with five (5) alternate dates to reset the ENE by **November 4, 2022**.

DATED: October 26, 2022

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89109.0920
702.862.8800

2.

4880-5201-8235.1 / 116120-1003